UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| TYLER HAWKINS | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:18-cv-00503-JAW |
| LAWRENCE SEAN CARTER, | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed February 24, 2019 (ECF No. 7), the Recommended Decision is accepted.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

Accordingly, it is hereby ORDERED that the action be and hereby is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 20th day of March, 2019